[No. 12959. Department Two. March 15, 1916.]

WILLIAM A. BEELER, *Administrator etc.*, *Appellant*, v.
R. H. BARR, *Respondent*.[1]

APPEAL — PRESERVATION OF GROUNDS — EXCEPTIONS TO FINDINGS. Where no exceptions were taken to the findings and there is no contention that the conclusion of law and judgment do not necessarily follow the findings, the statement of facts will be stricken and the judgment affirmed.

Appeal from a judgment of the superior court for Cowlitz county, Darch, J., entered April 27, 1915, upon findings in favor of the defendant, in an action upon a promissory note, tried to the court. Affirmed.

*Coy Burnett* and *Schwartz & Saunders*, for appellant.
*Ralph R. Duniway,* for respondent.

HOLCOMB, J.—Appellant, as administrator of the estate of Acteson, sued upon a promissory note to recover $400 and interest, attorney's fees, and costs. The defense was payment. Upon these issues, after trial to the court without a jury, findings of fact sustaining the defense of payment were made, and a conclusion of law and judgment in favor of respondent followed accordingly. No exceptions were taken

[1]Reported in 155 Pac. 1040.

or filed as required by law.    Rem. & Bal. Code, § 382 (P. C. 81 § 671).

There is no contention, nor could there be any tenable contention, that the conclusion of law and judgment do not necessarily and validly follow from the findings of fact made.

Respondents move for an order to strike the statement of facts and affirm the judgment.    In such condition of the record, following our uniform holdings, such must be the disposition of this case.    *Rice v. Stevens*, 9 Wash. 298, 37 Pac. 440; *Fender v. McDonald*, 54 Wash. 130, 102 Pac. 1026; *Yakima Grocery Co. v. Benoit*, 56 Wash. 208, 105 Pac. 476; *Seattle Automobile Co. v. Stimson*, 66 Wash. 548, 120 Pac. 73; *Meacham v. Seattle*, 69 Wash. 238, 124 Pac. 1125; *Scott v. Union Machinery & Supply Co.*, 78 Wash. 201, 139 Pac. 218.

The statement of facts will be stricken, and the judgment affirmed.

MORRIS, C. J., MAIN, PARKER, and BAUSMAN, JJ., concur.